Brendan P. Cullen (SBN 194057)
cullenb@sullcrom.com
SULLIVAN & CROMWELL LLP
550 Hamilton Avenue
Palo Alto, CA 94301-2010
Tel: +1-650-461-5600
Fax: +1-650-461-5700

Alexander J. Willscher (*pro hac vice to be requested*)
willschera@sullcrom.com
Martin Erreich (*pro hac vice to be requested*)
erreichm@sullcrom.com
SULLIVAN & CROMWELL LLP
125 Broad Street
New York, NY 10004-2498
Tel: +1-212-558-4000
Fax: +1-212-558-3588

*Counsel for Plaintiffs SVF Aggregator (DE) LLC and SoftBank Vision Fund II-2 L.P.*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| SVF II AGGREGATOR (DE) LLC, and SB VISION FUND II-2 L.P.,<br><br>Plaintiffs,<br><br>v.<br><br>ABRAHAM SHAFI,<br>YASSIN ANISS,<br>NOAH SHAFI,<br>SHEHAB AMIN,<br>ALIA SHAFI, and<br>JACOB SHAFI<br><br>Defendants. | Case No. 3:23-cv-03834<br><br>**CERTIFICATION OF INTERESTED ENTITIES OR PERSONS BY PLAINTIFFS SVF II AGGREGATOR (DE) LLC AND SB VISION FUND II-2 L.P.** |

Pursuant to Federal Rule of Civil Procedure 7.1 and Civil Local Rule 3-15, Plaintiffs SVF II Aggregator (DE) LLC and SoftBank Vision Fund II-2 L.P. certify that the following listed persons, associations of persons, firms, partnerships, corporations (including parent corporations), or other entities other than the parties themselves have either: (i) a financial

interest of any kind in the subject matter in controversy or in a party to the proceeding; or (ii) any other kind of interest that could be substantially affected by the outcome of the proceeding:

  SVF II Investment Holdings (Subco) LLC

  SVF II Investment Holdings LLC

  Masa USA LLC

  SVF II Investment Holdings (Jersey) LP

  SVF II Holdings (DE) LLC

  SVF II Aggregator (Jersey) LP

  SVF II GP (Jersey) Limited

  SoftBank Group Corp.

  Mr. Masayoshi Son

  The Master Trust Bank of Japan, Ltd.

Dated: July 31, 2023      **SULLIVAN & CROMWELL LLP**

            By: */s/ Brendan P. Cullen*
            Brendan P. Cullen (SBN 194157)
            Alexander J. Willscher (*pro hac vice to be requested*)
            Martin Erreich (*pro hac vice to be requested*)

            *Counsel for Plaintiffs*
            *SVF Aggregator (DE) LLC and SoftBank Vision Fund II-2 L.P.*

-2-

SULLIVAN & CROMWELL LLP         CERTIFICATION OF INTERESTED ENTITIES OR PERSONS
                           CASE NO. 3:23-CV-03834