| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address) | TELEPHONE NUMBER | FOR COURT USE ONLY |
|---|---|---|
| Brenden P. Cullem SBN 194057<br>SULLIVAN & CROMWELL LLP<br>125 Broad Street<br>New York NY 10004<br>ATTORNEY FOR    Plaintiff | (212) 558-7984<br><br>Ref. No. or File No.<br>Service in California | |

| UNITED STATES DISTRICT COURT - NORTHERN DISTRICT, OAKLAND<br>1301 Clay Street Ste 400 S<br>Oakland, CA 92707 |
|---|

| SHORT TITLE OF CASE:<br>SVF II AGGREGATOR (DE) LLC v. ABRAHAM SHAFI |
|---|

| INVOICE NO.<br>8107888-01 | DATE: | TIME: | DEP./DIV. | CASE NUMBER:<br>3:23-CV-03834 |
|---|---|---|---|---|

United States District Court

Declaration of Service

I certify that I am authorized to serve the Summons and Complaint in the within action pursuant to F.R.Civ.P 4(c) and that I served the:

Complaint; CLERK'S NOTICE CASE; ORDER REASSIGNING CASE; NOTICE OF ELIGIBILTY FOR VIDEO RECORDING; ECF REGISTRATION INFORMATION; ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADT DEADLINES; STANDING ORDER FOR ALL JUDGES OF THE NORTHERN DISTRICT OF CALIFORNIA; STANDING ORDER IN CIVIL CASES; SUMMONS IN A CIVIL ACTIONS;

On: Yassin Aniss

I personally served the summons on the individual at:

434 Yosemite Dr
Livermore, CA 94551

On: 8/26/2023                    At: 12:33 PM

Person who served papers
 a. Name: Doris Cabrera
 b. Address: P.O. Box 5383, Walnut Creek, CA 94596

CONTINUED ON NEXT PAGE

**Declaration of Service**

Billing Code: Service in California

| PLAINTIFF/PETITIONER: | SVF II AGGREGATOR (DE) LLC | CASE NUMBER:<br>3:23-CV-03834 |
|---|---|---|
| DEFENDANT/RESPONDENT: | ABRAHAM SHAFI | |

c. Telephone number: 800-675-6666
d. The fee for this service was: 160.00
e. I am:
(3) [X] a registered CA process server:
    (i) [X] Employee
    (ii) Registration No.: 1694
    (iii) County: Contra Costa

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the return of service and statement of fees is true and correct.

8/28/2023

Doris Cabrera                                              >     *[signature]*

**Declaration of Service**

**Billing Code:** Service in California