Brendan P. Cullen (SBN 194057)
cullenb@sullcrom.com
**SULLIVAN & CROMWELL LLP**
550 Hamilton Avenue
Palo Alto, CA 94301-2010
Tel: +1-650-461-5600
Fax: +1-650-461-5700

Alexander J. Willscher (*pro hac vice*)
willschera@sullcrom.com
Martin Erreich (*pro hac vice*)
erreichm@sullcrom.com
**SULLIVAN & CROMWELL LLP**
125 Broad Street
New York, NY 10004-2498
Tel: +1-212-558-4000
Fax: +1-212-558-3588

*Counsel for Plaintiffs SVF II Aggregator (DE) LLC and SB Vision Fund II-2 L.P.*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SVF II AGGREGATOR (DE) LLC, and SB VISION FUND II-2 L.P., <br><br> Plaintiffs, <br><br> v. <br><br> ABRAHAM SHAFI, YASSIN ANISS, NOAH SHAFI, SHEHAB AMIN, ALIA SHAFI, and JACOB SHAFI <br><br> Defendants. | Case No. 4:23-cv-03834-YGR <br><br> **STIPULATION AND [~~PROPOSED~~] ORDER SETTING OMNIBUS BRIEFING AND PAGE LIMIT FOR PLAINTIFFS' OPPOSITION TO DEFENDANTS' MOTIONS TO DISMISS THE COMPLAINT** <br><br> The Hon. Yvonne Gonzalez Rogers |

1        WHEREAS, on July 31, 2023 SVF II Aggregator (DE) LLC and SB Vision Fund II-2 L.P. (collectively, "Plaintiffs") filed a Complaint (ECF No. 1, the "Complaint") against Abraham Shafi, Yassin Aniss, Noah Shafi, Shehab Amin, Alia Shafi, and Jacob Shafi (collectively, "Defendants");

       WHEREAS, on December 4, 2023 Alia Shafi (ECF No. 45), Shehab Amin, Yassin Aniss, Jacob Shafi, Noah Shafi (ECF No. 46), and Abraham Shafi (ECF No. 47) moved to dismiss the Complaint;

       WHEREAS, Plaintiffs' responses to Defendants' motions to dismiss are due by February 12, 2023 (ECF No. 42);

       WHEREAS, were Plaintiffs to file a brief in response to each of the three motions to dismiss, Plaintiffs would have a total of 75 pages;

       WHEREAS, the parties agree that in the interests of judicial economy, conservation of time and resources, and orderly management of this action, Plaintiffs' should file one omnibus opposition to Defendants' three motions to dismiss;

       NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned parties, through their undersigned counsel, that:

1. Plaintiffs will file a single, omnibus opposition to Defendants' three motions to dismiss.

2. Plaintiffs' opposition will be limited to 50 pages in length.

**IT IS SO STIPULATED**

| | |
|---|---|
| Dated: January 29, 2024 | Respectfully submitted, |

**SULLIVAN & CROMWELL LLP**      **SUSMAN GODFREY L.L.P**

By: */s/ Brendan P. Cullen*     By: */s/ Stephan Shackelford, Jr.*
Brendan P. Cullen (SBN 194157)     Stephan Shackelford, Jr (*pro hac vice*)
550 Hamilton Avenue     Shawn Rabin (*pro hac vice*)
Palo Alto, CA 94301-2010     Eve Levin (*pro hac vice*)
cullenb@sullcrom.com     1301 Avenue of the Americas, 32nd Fl.
    New York, NY 10019
Alexander J. Willscher (*pro hac vice*)     sshackelford@susmangodfrey.com
Martin Erreich (*pro hac vice*)     srabin@susmangodfrey.com
125 Broad Street     elevin@susmangodfrey.com
New York, NY 10004-2498
awillscher@sullcrom.com     Kemper Diehl (*pro hac vice*)
merreich@sullcrom.com     401 Union Street, Suite 3000
    Seattle, WA 98101
*Counsel for Plaintiffs*     kdiehl@susmangodfrey.com
*SVF Aggregator (DE) LLC and*
*SoftBank Vision Fund II-2 L.P.*     Kalpana Srinivasan (CA Bar No. 237460)
    1900 Avenue of the Starts, Suite 1400
    Los Angeles, California 90067
    ksrinivasan@susmangodfrey.com

    *Counsel for Defendant*
    *Abraham Shafi*

**PAUL HASTINGS LLP**

By: */s/ Adam J. Fee*
Adam J. Fee (SBN 345075)
Ben Nicholson (SBN 317970)
1999 Avenue of the Stars, 27th Floor
Century City, CA, 90067
adamfee@paulhastings.com
bennicholson@paulhastings.com

*Counsel for Defendants Yassin Aniss,
Noah Shafi, Shehab Amin, and Jacob Shafi*

**MINER SIDDALL LLP**

By: */s/ Tracy A. Miner*
Tracy A. Miner (*pro hac vice*)
Megan A. Siddall (*pro hac vice*)
101 Federal Street
Boston, MA 02110
tminer@msdefenders.com
msiddall@msdefenders.com

*Counsel for Defendant
Alia Shafi*

**[~~PROPOSED~~] ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: February 13, 2024

HON. YVONNE GONZALEZ ROGERS
UNITED STATES DISTRICT JUDGE

**Attestation Pursuant to Local Rule 5-1(i)(3)**

Pursuant to Local Rule 5-1(i)(3), I attest that concurrence in the filing of this document has been obtained from each of the other signatories.

Dated: January 29, 2024

/s/ *Brendan P. Cullen*
Brendan P. Cullen