**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| SVF II AGGREGATOR (DE) LLC, and SB VISION FUND II-2 L.P., <br><br>Plaintiffs, <br><br>vs. <br><br>ABRAHAM SHAFI, YASSIN ANISS, NOAH SHAFI, SHEHAB AMIN, ALIA SHAFI, and JACOB SHAFI <br><br>Defendants. | Case No.: 4:23-cv-03834-YGR <br><br>**STIPULATION AND [PROPOSED] ORDER SETTING PAGE LIMIT FOR DEFENDANT ABRAHAM SHAFI'S REPLY IN SUPPORT OF HIS MOTION TO DISMISS THE COMPLAINT** <br><br>Judge: Hon. Yvonne Gonzalez Rogers |

1    WHEREAS, on July 31, 2023, Plaintiffs SVF II Aggregator (DE) LLC and SB Vision Fund II-2 L.P. filed a Complaint (ECF No. 1) against Defendants Abraham Shafi, Yassin Aniss, Noah Shafi, Shehab Amin, Alia Shafi, and Jacob Shafi;

WHEREAS, on December 4, 2023, Alia Shafi (ECF No. 45), Shehab Amin, Yassin Aniss, Jacob Shafi, Noah Shafi (ECF No. 46), and Abraham Shafi (ECF No. 47) moved to dismiss the Complaint;

WHEREAS, Plaintiffs' responses to Defendants' motions to dismiss were due by February 12, 2023 (ECF No. 42);

WHEREAS, were Plaintiffs to file a brief in response to each of the three motions to dismiss, Plaintiffs would have had a total of 75 pages of briefing;

WHEREAS, the parties agreed, and the Court ordered (ECF No. 53), that in the interests of judicial economy, conservation of time and resources, and orderly management of this action, Plaintiffs could file one omnibus opposition to Defendants' three motions to dismiss limited to 50 pages in length;

WHEREAS, a majority of the argument in Plaintiffs' omnibus opposition (ECF No. 54) responded to Abraham Shafi's motion to dismis;

WHEREAS, in the interests of justice and to properly address the arguments in Plaintiffs' opposition brief, Abraham Shafi seeks an enlargement of the page limit for his reply brief from 15 to 20 pages;

WHEREAS, Plaintiffs do not oppose this enlargement of the page limit for Abraham Shafi's reply brief;

NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned parties, through their undersigned counsel, that:

1.   Defendant Abraham Shafi's reply brief in support of his motion to dismiss Plaintiffs' Complaint will be limited to 20 pages in length.

**IT IS SO STIPULATED**

| | |
|---|---|
| Dated: March 15, 2024 | Respectfully submitted, |
| **SULLIVAN & CROMWELL LLP** | **SUSMAN GODFREY L.L.P** |
| By: */s/ Martin Erreich*<br>Brendan P. Cullen (SBN 194157)<br>550 Hamilton Avenue<br>Palo Alto, CA 94301-2010<br>cullenb@sullcrom.com | By: */s/ Kemper Diehl*<br>Stephen Shackelford, Jr (*pro hac vice*)<br>Shawn Rabin (*pro hac vice*)<br>Eve Levin (*pro hac vice*)<br>1301 Avenue of the Americas, 32nd Fl.<br>New York, NY 10019<br>sshackelford@susmangodfrey.com<br>srabin@susmangodfrey.com<br>elevin@susmangodfrey.com |
| Alexander J. Willscher (*pro hac vice*)<br>Martin Erreich (*pro hac vice*)<br>125 Broad Street<br>New York, NY 10004-2498<br>awillscher@sullcrom.com<br>merreich@sullcrom.com | Kemper Diehl (*pro hac vice*)<br>401 Union Street, Suite 3000<br>Seattle, WA 98101<br>kdiehl@susmangodfrey.com |
| *Counsel for Plaintiffs*<br>*SVF Aggregator (DE) LLC and*<br>*SoftBank Vision Fund II-2 L.P.* | Kalpana Srinivasan (CA Bar No. 237460)<br>1900 Avenue of the Starts, Suite 1400<br>Los Angeles, California 90067<br>ksrinivasan@susmangodfrey.com |
| | *Counsel for Defendant*<br>*Abraham Shafi* |

# [~~PROPOSED~~] ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: March 18, 2024

_____
HON. YVONNE GONZALEZ ROGERS
UNITED STATES DISTRICT JUDGE