REES F. MORGAN (State Bar No. 229899)
MARK L. HEJINIAN (State Bar No. 281417)
COBLENTZ PATCH DUFFY & BASS LLP
One Montgomery Street, Suite 3000
San Francisco, California 94104-5500
Telephone: 415.391.4800
Facsimile: 415.989.1663
Email:   ef-rfm@cpdb.com
         ef-mlh@cpdb.com

Attorneys for Defendant
GENRIKH KHACHATRYAN

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SVF II AGGREGATOR (DE) LLC,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>ABRAHAM SHAFI,<br>GENRIKH KHACHATRYAN.<br>YYASSIN ANISS,<br>NOAH SHAFI, and<br>SHEHAB AMIN<br><br>　　　　Defendants. | Case No. 4:23-cv-03834-YGR<br><br>**CERTIFICATION OF INTERESTED PERSONS BY DEFENDANT GENRIKH KHACHATRYAN**<br><br>The Honorable Yvonne Gonzalez Rogers |

1  Pursuant to Civil L.R. 3-15 the undersigned certifies that as of this date, other than the
2  named parties, there is no such interest to report for the Defendant Genrikh Khachatryan.

4  DATED: June 20, 2024         COBLENTZ PATCH DUFFY & BASS LLP

By:   */s/ Mark L. Hejinian*
      MARK L. HEJINIAN
      Attorneys for Defendant
      GENRIKH KHACHATRYAN