Kalpana Srinivasan (CA Bar No. 237460)
**SUSMAN GODFREY L.L.P.**
1900 Avenue of the Stars, Suite 1400
Los Angeles, California 90067
Telephone: (310)789-3100
Facsimile: (310) 789-3150
ksrinivasan@susmangodfrey.com

Stephen Shackelford, Jr (appearance *pro hac vice*)
Shawn Rabin (appearance *pro hac vice*)
Eve Levin (appearance *pro hac vice*)
**SUSMAN GODFREY L.L.P.**
One Manhattan West, 50th Floor
New York, New York 10001
Telephone: (212) 336-8330
Facsimile: (212) 336-8340
sshackelford@susmangodfrey.com
srabin@susmangodfrey.com
elevin@susmangodfrey.com

Kemper Diehl (appearance *pro hac vice*)
**SUSMAN GODFREY L.L.P.**
401 Union Street, Suite 3000
Seattle, WA 98101
Telephone: (206) 373-7382
Facsimile: (206) 516-3883
kdiehl@susmangodfrey.com

*Attorneys for Defendant Abraham Shafi*

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SVF II AGGREGATOR (DE) LLC,<br><br>Plaintiff,<br><br>vs.<br><br>ABRAHAM SHAFI, GENRIKH KHACHATRYAN, YASSIN ANISS, NOAH SHAFI, and SHEHAB AMIN.<br><br>Defendants. | Case No.: 4:23-cv-03834-YGR<br><br>**DECLARATION OF KEMPER DIEHL IN SUPPORT OF DEFENDANTS' JOINT MOTION FOR ADMINISTRATIVE RELIEF EXTENDING DEADLINE FOR OMNIBUS MOTION TO DISMISS**<br><br>Judge: Hon. Yvonne Gonzalez Rogers |

1

I, Kemper Diehl, declare as follows:

1.      I am an attorney at the law firm of Susman Godfrey LLP. I am counsel for Defendant Abraham Shafi and submit this declaration in support of Defendants' Joint Motion for Administrative Relief Extending the Deadline for Defendants' Omnibus Motion to Dismiss Plaintiff's Complaint. I am admitted *pro hac vice* before this Court and I have personal knowledge of the matters set forth herein. If called as a witness, I could and would testify competently thereto.

2.      On July 22, 2024, I inquired in writing with Plaintiff's counsel whether Plaintiff would join a stipulation providing an extension of the deadline for Defendants' motion to dismiss by 30 days, in light of Defendants' pending motion to stay.

3.      On July 22, 2024, Plaintiff's counsel informed me in writing that Plaintiff does not consent to a stipulation extending the deadline for Defendants' omnibus motion to dismiss and will oppose any motion for such extension.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 22nd day of July, 2024, at Seattle, Washington.

Dated: July 22, 2024                                Respectfully Submitted,

                                                    By:   */s/ Kemper Diehl*
                                                          Kemper Diehl