UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SVF II AGGREGATOR (DE) LLC, et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>ABRAHAM SHAFI, et al.,<br><br>    Defendants. | Case No. 23-cv-03834-YGR<br><br>**CLERK'S NOTICE VACATING HEARING**<br><br>Re: Dkt. No. 80 |

    You are hereby notified that hearing on motion to stay set for August 20, 2024, is vacated. The motion is taken under submission and will be decided on the papers.

Dated: August 8, 2024

                                                          Mark B. Busby<br>
                                                          Clerk, United States District Court

By: _____<br>
Edwin Angelo A. Cuenco, Deputy Clerk to the<br>
Honorable YVONNE GONZALEZ ROGERS<br>
5106373540