Kalpana Srinivasan (CA Bar No. 237460)
**SUSMAN GODFREY L.L.P**.
1900 Avenue of the Stars, Suite 1400
Los Angeles, California 90067
Telephone: (310)789-3100
Facsimile: (310) 789-3150
ksrinivasan@susmangodfrey.com

Stephen Shackelford, Jr (*pro hac vice*)
Shawn Rabin (*pro hac vice*)
Eve Levin (*pro hac vice*)
**SUSMAN GODFREY L.L.P.**
1301 Avenue of the Americas, 32nd Floor
New York, New York 10019
Telephone: (212) 336-8330
Facsimile: (212) 336-8340
sshackelford@susmangodfrey.com
srabin@susmangodfrey.com
elevin@susmangodfrey.com

Kemper Diehl (*pro hac vice*)
**SUSMAN GODFREY L.L.P**.
401 Union Street, Suite 3000
Seattle, WA 98101
Telephone: (206) 373-7382
Facsimile: (206) 516-3883
kdiehl@susmangodfrey.com

*Attorneys for Defendant Abraham Shafi*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SVF II AGGREGATOR (DE) LLC, <br><br> Plaintiff, <br><br> vs. <br><br> ABRAHAM SHAFI, NOAH SHAFI, and SHEHAB AMIN, <br><br> Defendants. | Case No.: 4:23-cv-03834-YGR <br><br> **JOINT STIPULATION AND [PROPOSED] ORDER STAYING CASE** <br><br> The Hon. Yvonne Gonzalez Rogers |

WHEREAS, on August 26, 2025, a federal grand jury in and for the Northern District of California returned an indictment asserting criminal charges against Defendant Abraham Shafi, *see* Indictment (Dkt. No. 1), *United States v. Shafi*, No. 4:25-cr-258-YGR;

WHEREAS, there is overlap between the facts alleged in the Indictment and the facts alleged in Plaintiff SVF II Aggregator (DE) LLC's First Amended Complaint;

WHEREAS, on September 9, 2025, Plaintiff filed a Motion to Stay this case pending resolution of the criminal charges against Abraham Shafi, *see* Dkt. No. 114; and

WHEREAS, a stay of this case promotes judicial economy and the interests of parties and nonparties;

NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and among the undersigned parties, through their undersigned counsel, that:

1. This case be stayed pending disposition of the criminal charges against Abraham Shafi (Case No. 4:25-cr-258-YGR); and

2. Within 30 days of the entry of a final order or judgment in Case No. 4:25-cr-258-YGR, all parties shall confer and file a joint status report with the Court.

**IT IS SO STIPULATED.**

Dated: September 22, 2025

By: /s/ Kemper Diehl
Stephen Shackelford, Jr (a*ppearance pro hac vice*)
Shawn Rabin (a*ppearance pro hac vice*)
Eve Levin (a*ppearance pro hac vice*)
**SUSMAN GODFREY L.L.P.**
1301 Avenue of the Americas, 32nd Fl.
New York, New York 10019
Telephone: (212) 336-8330
Facsimile: (212) 336-8340
sshackelford@susmangodfrey.com
srabin@susmangodfrey.com
elevin@susmangodfrey.com

Kemper Diehl (*appearance pro hac vice*)
**SUSMAN GODFREY L.L.P.**
401 Union Street, Suite 3000
Seattle, WA 98101
Telephone: (206) 373-7382
Facsimile: (206) 516-3883
kdiehl@susmangodfrey.com

Kalpana Srinivasan (CA Bar No. 237460)
**SUSMAN GODFREY L.L.P**.
1900 Avenue of the Stars, Suite 1400
Los Angeles, California 90067
Telephone: (310)789-3100
Facsimile: (310) 789-3150
ksrinivasan@susmangodfrey.com

*Counsel for Defendant Abraham Shafi*

By: /s/ Ben Nicholson
Ben Nicholson
**PAUL HASTINGS LLP**
1999 Avenue of the Stars, 27th Floor
Century City, CA, 90067
bennicholson@paulhastings.com

*Counsel for Defendants*
*Noah Shafi and Shehab Amin*

Respectfully submitted,

By: /s/ Brendan P. Cullen
Brendan P. Cullen (SBN 194057)
**SULLIVAN & CROMWELL LLP**
550 Hamilton Avenue
Palo Alto, CA 94301-2010
cullenb@sullcrom.com

Alexander J. Willscher (*pro hac vice*)
Martin Erreich (*pro hac vice*)
**SULLIVAN & CROMWELL LLP**
125 Broad Street
New York, NY 10004-2498
willschera@sullcrom.com
erreichm@sullcrom.com

*Counsel for Plaintiff*
*SVF Aggregator (DE) LLC*

**[PROPOSED] ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

This matter is hereby stayed pending resolution of the criminal charges against Defendant Abraham Shafi in the United States District Court for the Northern District of California, *United States* v. *Abraham Shafi*, Case 4:25-cr-00258-YGR.  Plaintiff's Motion to Stay this action (Dkt. No. 114) is terminated as moot.

Dated:_____  _____
HON. YVONNE GONZALEZ ROGERS
UNITED STATES DISTRICT JUDGE

**Attestation Pursuant to Local Rule 5-1(i)(3)**

Pursuant to Local Rule 5-1(i)(3), I attest that concurrence in the filing of this document has been obtained from each of the other signatories.

Dated:  September 22, 2025             /s/ *Kemper Diehl*
                                       Kemper Dielh